UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOSHUA AULT,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**ABUBAKAR ATIQ DURRANI, M.D., et al.**<br><br>　　　　**Defendants.** | **CASE NO. 1:18-cv-00831**<br><br>**Judge Timothy S. Black**<br><br>**CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  The obligation to disclose any changes will be continuing throughout the pendency of this case.

　　　　In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Cincinnati Children's Hospital Medical Center.

1.　　Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

　　　　_____ Yes　　　　__X__ No

　　　　If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

　　　　_____
　　　　_____

2.　　Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes　　　　__X__ No

　　　　If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

　　　　_____
　　　　_____

　　　　/s/ J. David Brittingham　　　　　　　　01/18/19
　　　　(Signature of Counsel)　　　　　　　　　　(Date)

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed this 18th day of January, 2019 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ J. David Brittingham

14420685v1